**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **NATE HIGGINS**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>**v.**<br><br>**THE MEN'S WEARHOUSE, LLC**,<br><br>Defendant. | Case No. 3:25-cv-01390-DWD |

## JOINT MOTION FOR AMENDMENT TO SCHEDULING AND DISCOVERY ORDER

Plaintiff Nate Higgins and Defendant The Men's Wearhouse LLC (together, the "Parties") jointly move for amendment to Scheduling and Discovery Order and state as follows:

1. On August 22, 2025, the Court adopted the Joint Report for the Parties and issued the Scheduling and Discovery Order for this matter ("the Scheduling Order")(Doc. #23).

2. The Scheduling Order called for, among other things, the Parties to serve their initial discovery requests by October 27, 2025, for the parties to complete the deposition of the opposing party by June 5, 2026, and for expert disclosure to commence on June 26, 2026.

3. The Parties served their initial discovery requests on or about October 27, 2025, as required by the Scheduling Order.

4. Since that time, the Parties have been engaged in written discovery and document production. However, discovery has taken longer than expected, in part due to the volume of information at issue, and indeed, Defendant after making an initial production of documents, intends to make a larger production on or about June 12, 2026, after culling through almost 300 GB's of data.

5. In light of the volume and pace of discovery thus far, the Parties jointly submit that an amendment to the Scheduling Order in this matter is appropriate and is not sought for reasons of delay or lack of diligence.

6. The Parties seek a 180 day extension of the deadlines in the current Scheduling Order, so that Defendant will have time to make its next production of documents and Plaintiff will have time to analyze the production, and both Parties will then have sufficient time to depose the other party and complete any expert discovery.

7. As such the Parties request the Court issue an amended scheduling order consistent with the Proposed Amended Joint Report of the Parties and Scheduling and Discovery Order, which is attached as Exhibit 1 ("the Amended Scheduling Order"), and which extends the remaining deadlines on the original Scheduling Order by approximately 180 days.

WHEREFORE, the Parties respectfully request that the Court grant this Motion, enter the Amended Scheduling Order attached as Exhibit 1 hereto, and grant any other relief the Court deems just and proper.

Dated: May 29, 2026

Respectfully submitted,

*_/s/ Christopher J. Petri_*
Christopher J. Petri, #6237456
Byron Carlson Petri & Kalb, LLC
411 Saint Louis Street
Edwardsville, Illinois 62025
Tel: (618) 655-0600
Email: cjp@bcpklaw.com

Kevin P. Green, #6299905
Daniel S. Levy, # 6315524
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, Illinois 62025
Tel: (618) 656-5150

*_/s/ Thomas N. McCormic (with consent)_*
Thomas N. McCormick (pro hac vice)
Vorys, Sater, Seymour and Pease LLP
2211 Michelson Drive, Suite 500
Irvine, California 92612
Tel: (949) 526-7903
Email: tnmccormick@vorys.com

Joseph M. Brunner (pro hac vice)
Vorys, Sater, Seymour and Pease LLP
301 East 4th St., Suite 3500
Tel: (513) 723-4000
Email: jmbrunner@vorys.com

Email: kevin@ghalaw.com
daniel@ghalaw.com

David T. Butsch, #6205434
Christopher E. Roberts, # 6302857
Butsch Roberts & Associates LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Tel: (314) 863-5700
Email: butsch@butschroberts.com
croberts@butschroberts.com

*Counsel for Plaintiff Nate Higgins*

Patrick D. Cloud, #6282672
Heyl Royster Voelker & Allen, P.C.
105 West Vandalia Street
Mark Twain Plaza III, Suite 100
Edwardsville, Illinois 62025
Tel: (618) 650-7627
Email: pcloud@heylroyster.com

*Counsel for Defendant The Men's Wearhouse LLC*